**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 21-14065-CIV-CANNON**

**ANGELA MAVILLE,**

    *Plaintiff,*

**v.**

**EQUIFAX INFORMATION SERVICES, LLC,**

    *Defendant.*
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Angela Maville, and Defendant, Equifax Information Services, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, with each party to bear their own costs and attorney's fees.

Submitted on April 20, 2021, by:

| | |
|---|---|
| */s/ Bryan J. Geiger* | */s/ Jason Daniel Joffe*, with permission |
| Bryan J. Geiger | Jason Daniel Joffe |
| Florida Bar Number: 119168 | Florida Bar No. 0013564 |
| Seraph Legal, P. A. | 200 S. Biscayne Boulevard, Suite 4700 |
| 1614 N. 19th St. | Miami, FL 33131 |
| Tampa, FL 33605 | Telephone: (305) 577-7000 |
| (813) 321-2348 | Facsimile: (305) 577-7001 |
| BGeiger@SeraphLegal.com | jason.joffe@squirepb.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 20, 2021 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

                                                            */s/ Bryan J. Geiger*
                                                            Bryan J. Geiger
                                                            Florida Bar Number: 119168