UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14065-CIV-CANNON

**ANGELA MAVILLE,**

    Plaintiff,

v.

**EQUIFAX INFORMATION
SERVICES, LLC,**

    Defendant.
_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties' Stipulation for Dismissal with Prejudice [ECF No. 10]. Pursuant to Rule 41(a)(1)(A)(ii), the Joint Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **CLOSED**, effective April 20, 2021, the date the parties filed their Stipulation for Dismissal with Prejudice. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.

2. All deadlines are **TERMINATED**.

3. This matter is **DISMISSED WITH PREJUDICE**, with each party to bear its respective costs and fees.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of April 2021.

                                                              AILEEN M. CANNON
                                                              UNITED STATES DISTRICT JUDGE

cc:    counsel of record